# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132234

GWANJUN KIM,
         Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
         Defendant.

SC: 132234
AGC: 1988/06

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

s1218